Mary F. Perron, Respondent, v. Joseph N. Perron, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

The Electric Storage Battery Company, Respondent, v. Mason-Seaman Transportation Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Frances Soule Campbell, Respondent, v. Campbell Art Company, a Foreign Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Stephen E. Royce, Respondent, v. John Farson, Jr., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

National Exchange Bank of Wheeling, Respondent, v. John Farson, Jr., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Edwin Jay Herts, Respondent, v. Regina Kobler, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Ernest W. Graef and Another, Copartners, etc., Respondents, v. Trumbull Motor Car Company, Appellant.— Order modified by reducing attachment to $3,500; and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Michael A. Kelly, Respondent, v. Thomas J. Curtis, Individually, and as President and Member of the Executive Committee of Tunnel and Subway Constructors' International 'Union of North America, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Percy de M. Betts v. Emma M. Betts.— Motion granted, with ten dollars costs. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Agnes K. M. Mulligan v. Pasquale J. Lamberti.— Motion denied, with ten dollars costs. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Isidor Ginsberg v. Triangle Waist Company.— Motion granted, with ten dollars costs. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Henrietta Ginsberg v. Triangle Waist Company.— Motion granted, with ten dollars costs. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Daniel P. O'Connor v. Arthur J. Levine.— Motion denied, with ten dollars costs. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.